Document Number: 29
Case Number: 07-CR-0066-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/15/2007 12:21:38 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | PRETRIAL MOTION HEARING ORDER |
| v. | 07-CR-66-C |
| DANIEL TEPOEL, | |
| Defendant. | |

_____

On October 15, 2007, this court held the pretrial motion hearing. Defendant Daniel TePoel was present with his attorney, Robert T. Ruth. The government was represented by Assistant United States Attorney Meredith Duchemin.

Prior to the hearing TePoel file a set of discovery motions and demands as well as two multipart motions to dismiss. After taking a discovery proffer from the government, I granted the motion docketed as 15, denied 19-20, took no action on 16, and set 17, 18 and 26 for briefing. The government's response to the pending motions is due October 26, 2007, with TePoel's reply due November 5, 2007. Same day service is required. The government must complete its expert disclosures by October 29, 2007 with any defense expert disclosures due by November 13, 2007. The parties had no other matters to bring to the court's attention.

I will provide draft voir dire questions and jury instructions closer to the parties' mid-November submission deadline.

Entered this 15th day of October, 2007.

BY THE COURT:
/s/
STEPHEN L. CROCKER
Magistrate Judge