IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 07-cr-66-bbc ) |
| DANIEL TEPOEL, | ) ) |
| Defendant. | ) ) |

---

### ORDER

Because the trial date in this case has been re-scheduled to March 24, 2008, it is ORDERED that all trial subpoenas previously served on witnesses in this case have full force and effect for the new trial date. Each party is responsible for contacting his/its own witnesses about the new date.

Entered this 15th day of February, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge