IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                                                 EX PARTE
                              Plaintiff,                        ORDER

     v.

                                                                                 07-cr-66-bbc

DANIEL TEPOEL,

                              Defendant.
_____

Pursuant to F.R. Crim. P. 17(b), defendant Daniel Tepoel, by counsel, has submitted another ex parte requests for issuance of trial subpoenas. Defendant has attached draft subpoenas. I have reviewed the request and I find that each requested witness is reasonably necessary to Tepoel's defense of this case.

Therefore, it is ORDERED that the clerk of court shall issue subpoenas for the following witnesses, and the defendant shall be responsible for serving the subpoenas:

1. Richard Peterson
   1611 Yosemite Avenue
   Duluth, MN 55811

   or   c/o Minnesota Locksmith
   Central Entrance
   Duluth, MN

2. Richard Toland
   2803 Harborview Parkway
   Superior, WI

Entered this 4th day of March, 2008.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge