IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

DANIEL TEPOEL,

                      Defendant.

EX PARTE ORDER

07-cr-66-bbc

_____

      Pursuant to F.R. Crim. P. 17(b), defendant Daniel Tepoel, by counsel, has submitted two more ex parte requests for issuance of trial subpoenas. Defendant has attached draft subpoenas. I have reviewed the request and I find that each requested witness is reasonably necessary to Tepoel's defense of this case.

      Therefore, it is ORDERED that the clerk of court shall issue subpoenas for the following witnesses, and the defendant shall be responsible for serving the subpoenas:

1. Dean Kowalefski, U.S. Postal Inspector
   c/o U.S. Attorney's Office
   660 West Washington Avenue
   Madison, WI 53701

2. Jon Hauser, FBI Special Agent
   c/o U.S. Attorney's Office
   660 West Washington Avenue
   Madison, WI 53701

3. Kenneth Mammoser, FBI Special agent
   c/o U.S. Attorney's Office
   660 West Washington Avenue
   Madison, WI 53701

4.      Atty Thomas O. Mulligan
          902 River Street
          Spooner, WI 54801

or     7455 Main Street,
          Webster, WI 54893

Entered this 5th day of March, 2008.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge