IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                    Plaintiff,                    ORDER

   v.

                                                            07-cr-66-bbc

DANIEL TEPOEL,

                    Defendant.
_____

       In response to third-party witness Thomas O. Mulligan's motion to quash the subpoena issued for him in this case, at the March 18, 2008 final pretrial conference defendant Daniel Tepoel withdrew the subpoena.  Therefore, the subpoena has become a nullity and Attorney Mulligan need not honor it.

       Entered this 18th day of March, 2008.

                                       BY THE COURT:

                                       /s/

                                       STEPHEN L. CROCKER
                                       Magistrate Judge