IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 07-cr-66-bbc |
| v. | |
| DANIEL TEPOEL, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Daniel TePoel has filed a motion for temporary release to enable him to leave the Federal Prison Camp at Duluth, Minnesota to visit his brother who was critically injured in an automobile accident on September 5, 2010 and is currently a patient at the Neurotrauma Intensive Care Unit at St. Mary's Medical Center in Duluth, Minnesota.

It is not clear to me that a court has authority to issue an order for interruption of sentence.  If it does, I do not find that this is a situation in which such an order should be issued. He has served only 2 years of his sentence and his offense is one in which he destroyed the lives of many of his victims and their loved ones.

Although I do not intend to grant defendant's motion, I would have no objection if the Bureau of Prisons were to decide to grant him a furlough for the purpose of visiting his

1

brother at this time.

## ORDER

Defendant Daniel TePoel's motion for a temporary release from custody is DENIED.

Entered this 15th day of September, 2010.

                                                    BY THE COURT:
                                                    /s/
                                                    BARBARA B. CRABB
                                                    District Judge